UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson** <br><br> Plaintiff, <br><br> v. <br><br> **Stanley O Powers;** <br> **Sandra Kaye Powers;** and Does 1-10, <br><br> Defendants. | Case No.: 2:15-cv-00245-WBS-AC <br><br> **ORDER ON APPLICATION TO CONTINUE SCHEDULING CONFERENCE** <br><br><br> Complaint Filed: January 28, 2015 <br> Trial Date:       N/A |

Having read the Application to Continue Scheduling Conference and finding good cause it is hereby ordered that the deadline for the Rule 26 joint report be continued to **October 26, 2015**, and the scheduling conference, be continued to **November 9, 2015 at 2:00 p.m.** in Courtroom 5.

IT IS SO ORDERED.

Dated:  August 7, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE