UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| SCOTT JOHNSON, | CIV. NO. 2:15-00245 WBS AC |
| Plaintiff, | ORDER |
| v. | |
| STANLEY O. POWERS; SANDRA KAYE POWERS; AND DOES 1-10, | |
| Defendants. | |

----oo0oo----

Because all of the defendants in this case are appearing pro se, this case is hereby referred to the assigned Magistrate Judge, Allison Claire, for all further proceedings consistent with Local Rule 302(c)(21).

Dated: July 13, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1