UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | No. 2:15-cv-0245 WBS AC (PS) |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| STANLEY O POWERS; et al., | |
| Defendants. | |

Plaintiff filed this action on January 28, 2015. ECF No. 1. On April 8, 2016, the Clerk of the Court, having been presented with evidence of service, entered defaults against both defendants. ECF Nos. 18, 19. On May 2, 2016, defendants, appearing pro se, requested that the default be denied for lack of proper service. ECF No. 21. The matter was accordingly referred to the undersigned for pretrial proceedings as a pro se case. ECF No. 22; E.D. Cal. R. ("Local Rule") 302(c)(21) (pro se matters referred to magistrate judge).

A status conference is currently scheduled for November 2, 2016 before the undersigned. ECF No. 24. However, plaintiff advises the court that he has not been able to effect service. ECF No. 23.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff is granted 60 days from the date of this order to effect service. See Fed. R. Civ. P. ("Rule") 4(m) (court may extend time for service). Plaintiff is cautioned that this action

1

1 | may be dismissed if service of process is not timely accomplished. See Rule 4(m).

2. Plaintiff shall serve a copy of this order concurrently with service of process.

3. The November 2, 2016 status conference is CONTINUED to February 1, 2017, at 10:00 a.m., before the undersigned.

4. Prior to the status conference, the parties shall file a Status Report in compliance with Local Rule 240 and ECF No. 3 ¶ 2.

DATED: October 31, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE