1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    SCOTT JOHNSON,                          No.  2:15-cv-0245 WBS AC (PS)

12                  Plaintiff,

13          v.                                ORDER

14    STANLEY O POWERS; et al.,

15                  Defendants.

16

17          On November 1, 2016, the court (1) granted plaintiff 60 days to effect service of the

18    summons and complaint, (2) continued the status conference to February 1, 2017, and (3) ordered

19    the parties to file a status report in accordance with Local Rule 240.  ECF No. 25.  Plaintiff was

20    cautioned that failure to effect timely service could result in a recommendation that the action be

21    dismissed.  Plaintiff has not filed proof that he has effected service, and has not filed the required

22    status report.

23          Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

24       1. Plaintiff is ORDERED TO SHOW CAUSE, in writing, no later than February 1, 2017,

25          why this case should not be dismissed for failure to effect service, failure comply with the

26          court's order, and failure to comply with the Local Rules; and

27    ////

28    ////

1

1      2.  The February 1, 2016 status conference is VACATED.

2    DATED: January 26, 2017

3                                          _____
                                           ALLISON CLAIRE
4                                          UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2