UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>STANLEY O POWERS, et al.,<br><br>    Defendants. | No. 2:15-cv-0245 WBS AC (PS)<br><br><br><br>ORDER TO SHOW CAUSE |

On January 26, 2017, this court ordered plaintiff to show cause as to why this case should not be dismissed for failure to effect proper service up on defendants. ECF No. 27. On February 14, 2017, plaintiff filed proof of service on defendants. ECF Nos. 29 and 30. On February 21, 2017, Charles Snell filed a letter that this court construes as a motion to quash. ECF No. 31.

The letter states that Mr. Snell was served at the place of defendants' former business, that he told the process server he was not defendant Stan Powers, and that he gave the process server the summons back. Id. Mr. Snell alleges that the process server threw the summons in the parking lot and left. Id. Mr. Snell states that he is not a party to this law suit and wishes to notify the court that the summons was delivered to the wrong person, in an unlawful and unprofessional way. Id. On April 17, 2017, plaintiff requested that the clerk's office enter default against defendants. ECF Nos. 32 and 33. The clerk entered default on April 18, 2017. ECF No. 34. No

1

action has been taken in this case since that time.

In light of Mr. Snell's pending motion to quash, and the possibility that defendants have still not been properly served, the court notes that default may have been improperly requested. Accordingly, IT IS HEREBY ORDERED that plaintiff shall respond to the motion to quash (ECF No. 31), within seven days of this order.  Plaintiff's response should include his rationale for moving for entry of default while Mr. Snell's letter was on record.  Failure to respond to this order may result in dismissal of this case for failure to effect service, failure comply with the court's order, and failure to comply with the Local Rules.

DATED: July 10, 2017

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE