UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| SCOTT JOHNSON, | No. 2:15-cv-00245-WBS-AC |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| STANLEY O POWERS and SANDRA KAYE POWERS, | |
| Defendants. | |

This matter is before the court on defendants' motion for a 180 day extension of time to respond to plaintiff's complaint on the grounds that defendants have not been served. ECF No. 40. The court addressed the issue of service in its July 31, 2017 order, and found that defendants have been properly served by publication pursuant to California Code of Civil Procedure § 415.50. ECF No. 38 at 1. In that same order, the court stayed this case and ordered the parties to participate in the Voluntary Dispute Resolution Program ("VDRP").

The issuance of an extension of time is within the sound discretion of the court. Local Civil Rule 144(c). This case is already stayed pending further order of the court, and thus

////

////

////

1

defendants' motion for an extension of time, ECF No. 40, is DENIED.  The court reiterates that defendants are required to participate in the VDRP process with plaintiff.  ECF No. 38.

IT IS SO ORDERED.

DATED: September 27, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE