UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STANLEY O POWERS and SANDRA KAYE POWERS,<br><br>　　　　Defendants. | No. 2:15-cv-00245 WBS AC (PS)<br><br><br>ORDER |

Defendants are proceeding in this action pro se. The action was accordingly referred to the undersigned by Local Rule 302(c)(21). On December 26, 2018, plaintiff filed a motion for summary judgment and a motion to modify the scheduling order, set to be heard on January 23, 2019 ECF No. 47 and ECF No. 48. Defendants have not responded to either motion.

Local Rule 230(c) provides that opposition to the granting of a motion must be filed fourteen days preceding the noticed hearing date. The Local Rule further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion has not been timely filed by that party." In addition, Local Rule 230(j) provides that failure to appear may be deemed withdrawal of opposition to the motion or may result in sanctions. Finally, Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the

1

inherent power of the Court."

Good cause appearing, IT IS HEREBY ORDERED that:

1. The motion hearing date of January 23, 2019 is CONTINUED to February 13, 2019, at 10:00 a.m. in Courtroom No. 26;
2. Defendants shall file an opposition – or a Statement of Non-Opposition – to the motions, no later than January 30, 2019. Failure to file an opposition or to appear at the hearing will be deemed as a statement of non-opposition.

DATED: January 11, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE