UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**Scott Johnson**, ) Case: 2:15-cv-00245-WBS-AC
    Plaintiff, )
  v. ) **[PROPOSED]** ORDER ON REQUEST TO VACATE DEBTOR EXAM
**Stanley O. Powers, et al.**, )
    Defendants. )

**ORDER**

Having read the foregoing Request and good cause appearing therefore, it is hereby ordered that the Judgment Debtor Exam for **Stanley O. Powers** scheduled for 8/12/20 is vacated.

Dated: July 22, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Order